DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380

FINKELSTEIN & KRINSK LLP
Trenton R. Kashima (SBN 291405)
trk@classactionlaw.com
550 West C Street, Ste. 1760
San Diego, California 92101
Telephone: (619) 238-1333

SOMMERS SCHWARTZ, P.C.
Kevin J. Stoops (*pro hac vice*)
kstoops@sommerspc.com
Jason J. Thompson (*pro hac vice*)
jthompson@sommerspc.com
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300

*Counsel for Plaintiff and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| **DIONKA BANKS,** individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>**KAISER FOUNDATION HEALTH PLAN, INC.**, a California corporation,<br><br>Defendant. | Case No.: 5:18-cv-01653-JGB-KK<br><br>Class and Collective Action<br>Assigned for All Purposes to:<br>Hon. Jesus G. Bernal<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS/ COLLECTIVE ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SETTING FINAL APPROVAL HEARING**<br>[*Filed concurrently with Memorandum of Points and Authorities; Declaration of Kevin Stoops;[Proposed] Order*]<br><br>Hearing: April 29, 2019<br>Time: 9:00 a.m.<br>Dept.: Courtroom 1, 3470 Twelfth Street, Riverside, CA<br>Original Complaint: August 8, 2018 |

NOTICE OF UNOPPOSED MOTION AND MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **April 29, 2019**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, in Courtroom 1 of this Court, located at 3470 Twelfth Street, Riverside, California, before the Honorable Jesus G. Bernal, Plaintiff Dionka Banks ("Plaintiff"), on behalf of herself and the putative Settlement Class of similarly situated employees of Defendant Kaiser Foundation Health Plan, Inc. ("Defendant"), will and hereby does move this Court for preliminary approval of the Parties' Stipulation of Settlement ("Settlement" or "Settlement Agreement"), which proposes a fair and reasonable resolution of all of Plaintiff's class, collective, and representative claims against Defendant in this action.

Plaintiff respectfully request entry of an order (1) preliminarily certifying a class for settlement purposes under the Federal Rules of Civil Procedure, Rule 23 (e.g., "Rule 23") and conditionally certifying a FLSA collective for settlement purposes under 29 U.S.C. §201., *et seq.* (as defined in the Parties' Stipulation of Settlement); (2) preliminarily approving the parties' Settlement; (3) preliminarily appointing Plaintiff Banks as Class Representative for the Class/Collective and Plaintiffs' counsel as Class Counsel; (4) approving the form of the Parties' proposed Notice; and (5) scheduling a hearing on the final approval of the Settlement and approval of the application of Class Counsel and Plaintiff for their requested attorneys' fees, costs, and service awards.

Plaintiff respectfully submits good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents. Defendant's counsel has reviewed the documents being filed in support of this Motion and does not oppose it, though Defendant has reserved the right to submit a Notice of Non-Opposition, together with any additional points and authorities for the Court's consideration.

The basis for this Motion is that the proposed Settlement is fair, adequate, and reasonable and in the best interests of the Class and Collective members as a whole,

and the procedures proposed by the parties are adequate to ensure the opportunity of Class and Collective members to participate in, opt out of, or object to the Settlement.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and other documents filed herewith, including the Stipulation of Settlement, the Declaration of Class Counsel and any of their exhibits, the [Proposed] Order granting preliminary approval as addressed above, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

DATED: April 1, 2019    SOMMERS SCHWARTZ, P.C.

By: /s/ Kevin J. Stoops
Kevin J. Stoops

SOMMERS SCHWARTZ, P.C.
Kevin J. Stoops (*pro hac vice*)
Jason J. Thompson (*pro hac vice*)

*Counsel for Plaintiff and Proposed Class and Collective Members*