DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380

FINKELSTEIN & KRINSK LLP
Trenton R. Kashima (SBN 291405)
trk@classactionlaw.com
550 West C Street, Ste. 1760
San Diego, California 92101
Telephone: (619) 238-1333

SOMMERS SCHWARTZ, P.C.
Kevin J. Stoops (*pro hac vice*)
kstoops@sommerspc.com
Jason J. Thompson (*pro hac vice*)
jthompson@sommerspc.com
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300

*Counsel for Plaintiff and Proposed Class and Collective Members*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **DIONKA BANKS,** individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>**KAISER FOUNDATION HEALTH PLAN, INC.**, a California corporation,<br><br>Defendant. | Case No.: 5:18-cv-01653-JGB-KK<br><br>Class and Collective Action<br>Assigned for All Purposes to:<br>Hon. Jesus G. Bernal<br><br>**NOTICE OF FILING EXHIBIT TO MOTION FOR PRELIMINARY APPROVAL OF CLASS/ COLLECTIVE ACTION SETTLEMENT, APPROVAL OF CLASS NOTICE, AND SETTING FINAL APPROVAL HEARING**<br><br>Hearing: April 29, 2019<br>Time: 9:00 a.m.<br>Dept.: Courtroom 1, 3470 Twelfth Street, Riverside, CA<br>Original Complaint: August 8, 2018 |

NOTICE OF FILING EXHIBIT TO MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff hereby files a fully executed copy of the Class and Collective Action Settlement Agreement and Release of Claims, Exhibit A, to the Notice of Unopposed Motion and Motion for Preliminary Approval of Class/Collective Action Settlement. Approval of Class Notice, and Setting Final Approval Hearing (ECF # 48).

DATED: April 2, 2019　　　　　SOMMERS SCHWARTZ, P.C.

By:　/s/ Kevin J. Stoops
　　　Kevin J. Stoops

SOMMERS SCHWARTZ, P.C.
Kevin J. Stoops (*pro hac vice*)
Jason J. Thompson (*pro hac vice*)

*Counsel for Plaintiff and Proposed Class and Collective Members*