1  DAVID YEREMIAN & ASSOCIATES, INC.
   David Yeremian (SBN 226337)
2  david@yeremianlaw.com
   535 N. Brand Blvd., Suite 705
3  Glendale, California 91203
   Telephone: (818) 230-8380
4
   FINKELSTEIN & KRINSK LLP
5  Trenton R. Kashima (SBN 291405)
   trk@classactionlaw.com
6  550 West C Street, Ste. 1760
   San Diego, California 92101
7  Telephone: (619) 238-1333

8  SOMMERS SCHWARTZ, P.C.
   Kevin J. Stoops (*pro hac vice*)
9  kstoops@sommerspc.com
   Jason J. Thompson (*pro hac vice*)
10 jthompson@sommerspc.com
   One Towne Square, Suite 1700
11 Southfield, Michigan 48076
   Telephone: (248) 355-0300
12
   *Counsel for Plaintiff and Proposed Class*
13 *and Collective Members*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| **DIONKA BANKS,** individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>**KAISER FOUNDATION HEALTH PLAN, INC.**, a California corporation,<br><br>Defendant. | Case No.: 5:18-cv-01653-JGB-KK<br><br>Class and Collective Action<br>Assigned for All Purposes to:<br>Hon. Jesus G. Bernal<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF CLASS/ COLLECTIVE ACTION SETTLEMENT**<br>[*Filed concurrently with Memorandum of Points and Authorities; Declaration of Kevin Stoops;[Proposed] Order*]<br><br>Hearing:  September 9, 2019<br>Time:     9:00 a.m.<br>Dept.:    Courtroom 1, 3470 Twelfth Street, Riverside, CA<br>Original Complaint: August 8, 2018 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **September 9, 2019**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, in Courtroom 1 of this Court, located at 3470 Twelfth Street, Riverside, California, before the Honorable Jesus G. Bernal, Plaintiff Dionka Banks ("Plaintiff"), on behalf of herself and the putative Settlement Class of similarly situated employees of Defendant Kaiser Foundation Health Plan, Inc. ("Defendant"), will and hereby does move this Court for final approval of the Parties' Stipulation of Settlement ("Settlement" or "Settlement Agreement"), which proposes a fair and reasonable resolution of all of Plaintiff's class, collective, and representative claims against Defendant in this action.

Plaintiff respectfully submits good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents. Defendant's counsel has reviewed the documents being filed in support of this Motion and does not oppose it, though Defendant has reserved the right to submit a Notice of Non-Opposition, together with any additional points and authorities for the Court's consideration.

The basis for this Motion is that the proposed Settlement is fair, adequate, and reasonable and in the best interests of the Class and Collective members as a whole, and the procedures proposed by the parties are adequate to ensure the opportunity of Class and Collective members to participate in, opt out of, or object to the Settlement.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and other documents filed herewith, including the Stipulation of Settlement, the Declaration of Class Counsel and any of their exhibits, the [Proposed] Order granting final approval, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

| | | |
|---|---|---|
| 1 | DATED: August 9, 2019 | SOMMERS SCHWARTZ, P.C. |
| 2 | | |
| 3 | | By: /s/ Kevin J. Stoops |
| | | Kevin J. Stoops |
| 4 | | |
| 5 | | SOMMERS SCHWARTZ, P.C. |
| | | Kevin J. Stoops (*pro hac vice*) |
| 6 | | |
| 7 | | *Counsel for Plaintiff and Proposed Class and Collective Members* |

---

NOTICE OF UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT         3         Case No. 5:18-cv-01653-JGB-KK